

# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2014

No. 04-13-00077-CV

Juan **ENRIQUEZ**,
Appellant

v.

Oliver **BELL**, in his Official Capacity as Chairman of the Texas Board of Criminal Justice et al,
Appellee

From the 250th District Court, Travis County, Texas
Trial Court No. D-1-GN-11-003703
The Honorable Scott H. Jenkins, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Justice
Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of January, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court